MODESTE A. DELHAYE, Respondent, *v.* GEORGE HILDEBRAND, Appellant.

Reported below, 142 App. Div. 903.
(Submitted February 20, 1911; decided February 28, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for labor and materials furnished.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to hear the appeal, permission to appeal not having been obtained.

*Max Perlman* for motion.

*Wilson W. Thompson* opposed.

Motion denied, with ten dollars costs.